UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rayco Traylor,             Case No. 17-cv-4722 (WMW/KMM)

        Plaintiff,

                               **ORDER ADOPTING REPORT AND RECOMMENDATION**

    v.

Probation Services Sath,[1] et al.,

        Defendants.

---

This matter is before the Court on the December 4, 2017 Report and Recommendation of United States Magistrate Judge Katherine M. Menendez. (Dkt. 4.) No objections to the Report and Recommendation have been filed.[2] In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

---

[1] Plaintiff Rayco Traylor's complaint mistakenly refers to Defendant Probation Services Staff as "Probation Services Sath."

[2] The United States Postal Service returned the Report and Recommendation mailed to Traylor's last known address. The Clerk of Court then sent an additional copy of the Report and Recommendation to an updated address for Traylor, but Traylor did not respond.

2

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 4, 2017 Report and Recommendation, (Dkt. 4), is **ADOPTED**;

2. Plaintiff Rayco Traylor's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b);

3. Plaintiff's application to proceed in district court without prepaying fees or costs, (Dkt. 2), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: January 22, 2018                    s/Wilhelmina M. Wright
                                                      Wilhelmina M. Wright
                                                      United States District Judge